**Order entered May 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01431-CR

**CODY TYLER JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00978-Q**

## ORDER

By letter dated March 12, 2015, this Court notified the trial court that the record in this appeal does not contain the trial court's certification of appellant's right to appeal from the proceedings following adjudication of appellant's guilt. The trial court must prepare a certification of the right to appeal in every case in which the defendant is the appellant. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Accordingly, we **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
           JUSTICE